UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:25-cv-00060

AMERICAN NEIGHBORHOOD
MORTGAGE ACCEPTANCE COMPANY
LLC, d/b/a ANNIEMAC HOME
MORTGAGE,

        Plaintiff,

vs.

MONA LEA EDICK, DESPINA
NOVAKIDOU, and STACEY
LEMMAGE,

        Defendants.
_____/

**PLAINTIFF'S LOCAL RULE 2.02(a)**
<u>**NOTICE OF DESIGNATION OF LEAD COUNSEL**</u>

Notice is hereby given, pursuant to Local Rule 2.02(a), that the following attorney will serve as lead counsel for Plaintiff American Neighborhood Mortgage Acceptance Company LLC, d/b/a AnnieMac Home Mortgage in the above-styled case:

Brian A. Nettleingham, Esq.
Maddin Hauser Roth & Heller P.C.
One Towne Square, Fifth Floor
Southfield, MI 48076 (Metro Detroit)
Telephone: 248-354-4030
Email: bnettleingham@maddinhauser.com
*Motion for Pro Hac Vice Special Admission Forthcoming*

Dated: January 27, 2025.

Respectfully Submitted,

**Maddin Hauser Roth & Heller P.C.**
One Towne Square
Fifth Floor
Southfield MI 48076 (Metro Detroit)
P: 248-354-4030
Email:
bnettleingham@maddinhauser.com

*/s Brian A. Nettleingham*
Brian A. Nettleingham (P58966)
*Motion for Pro Hac Vice*
*Special Admission Forthcoming*
Lead Counsel for AnnieMac


**Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.**
2033 Main Street, Suite 600
Sarasota, FL 34237
P: 941-366-8100
F: 941-366-6384
Email:
ticard@icardmerrill.com
tbrown@icardmerrill.com

*/s Thomas F. Icard, Jr.*
Thomas F. Icard, Jr.
Florida Bar No. 162741
Tyler J. Brown
Florida Bar No. 1049489

Co-Counsel for AnnieMac