UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:25-cv-00060

AMERICAN NEIGHBORHOOD
MORTGAGE ACCEPTANCE COMPANY
LLC, d/b/a ANNIEMAC HOME
MORTGAGE,

        Plaintiff,

vs.

MONA LEA EDICK, DESPINA
NOVAKIDOU, and STACEY
LEMMAGE,

        Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.07, I certify that the instant action:

____IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

 X  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: January 27, 2025

Respectfully Submitted,

**Maddin Hauser Roth & Heller P.C.**
One Towne Square
Fifth Floor
Southfield MI 48076 (Metro Detroit)
P: 248-354-4030
Email:
bnettleingham@maddinhauser.com

<u>/s Brian A. Nettleingham</u>
Brian A. Nettleingham (P58966)
*Motion for Pro Hac Vice*
*Special Admission Forthcoming*
Lead Counsel for AnnieMac


**Icard, Merrill, Cullis, Timm,
Furen & Ginsburg, P.A.**
2033 Main Street, Suite 600
Sarasota, FL 34237
P: 941-366-8100
F: 941-366-6384
Email:
ticard@icardmerrill.com
tbrown@icardmerrill.com

<u>/s Thomas F. Icard, Jr.</u>
Thomas F. Icard, Jr.
Florida Bar No. 162741
Tyler J. Brown
Florida Bar No. 1049489

Co-Counsel for AnnieMac