# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

## CASE NO.: 2:25-cv-00060

**AMERICAN NEIGHBORHOOD
MORTGAGE ACCEPTANCE COMPANY
LLC, d/b/a ANNIEMAC HOME
MORTGAGE,**

       Plaintiff,

vs.

**MONA LEA EDICK, DESPINA
NOVAKIDOU, and STACEY
LEMMAGE,**

       Defendants.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Neighborhood Mortgage Acceptance Company, LLC, d/b/a AnnieMac Home Mortgage ("AnnieMac"), through its counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, without prejudice against Defendants Mona Lea Edick, Despina Novakidou, and Stacy Lemmage.

Dated: <u>February 13, 2025</u>

      Respectfully Submitted,

      **Maddin Hauser Roth & Heller P.C.**
      One Towne Square
      Fifth Floor
      Southfield MI 48076 (Metro Detroit)
      P: 248-354-4030
      Email:
      bnettleingham@maddinhauser.com

_/s Brian A. Nettleingham_
Brian A. Nettleingham (P58966)
_Motion for Pro Hac Vice_
_Special Admission Forthcoming_
Lead Counsel for AnnieMac

**Icard, Merrill, Cullis, Timm,**
**Furen & Ginsburg, P.A.**
2033 Main Street, Suite 600
Sarasota, FL 34237
P: 941-366-8100
F: 941-366-6384
Email:
ticard@icardmerrill.com
tbrown@icardmerrill.com

_/s Thomas Icard, Jr._
Thomas Icard, Jr.
Florida Bar No. 162741
Tyler J. Brown
Florida Bar No. 1049489

Co-Counsel for AnnieMac

04168646 v1